AO 91 (Rev. 11/11) Criminal Complaint (Rev. by USAO on 3/12/20) ☐ Original ☐ Duplicate Original

LODGED
CLERK, U.S. DISTRICT COURT
10/30/2026
CENTRAL DISTRICT OF CALIFORNIA
BY: GSA DEPUTY

# UNITED STATES DISTRICT COURT

for the

Central District of California

FILED
CLERK, U.S. DISTRICT COURT
10/30/2026
CENTRAL DISTRICT OF CALIFORNIA
BY: LK DEPUTY

United States of America

v.

MORIA DAHAN,

Defendant

Case No. 2:26-mj-06358-DUTY

## CRIMINAL COMPLAINT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date of November 6, 2025, in the county of Los Angeles in the Central District of California, the defendant violated:

| *Code Section* | *Offense Description* |
|---|---|
| 18 U.S.C. § 1015(a) | False Statement in a Naturalization Application |

This criminal complaint is based on these facts:

*Please see attached affidavit.*

☒ Continued on the attached sheet.

*/s/* Kieran Schwartz
*Complainant's signature*

Kieran Schwartz, Special Agent-HSI
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone.

Date: October 30, 2026

*Judge's signature*

City and state: Los Angeles, California

Hon. Daniel S. Roberts, U.S. Magistrate Judge
*Printed name and title*

AUSA: Michael G. Wheat

# AFFIDAVIT

I, Kieran Schwartz, being duly sworn, declare and state as follows:

## I. PURPOSE OF AFFIDAVIT

1. This affidavit is made in support of a criminal complaint and arrest warrant for MORIA DAHAN ("DAHAN"), for a violation of 18 U.S.C. § 1015(a) (False Statement under oath in Naturalization Application).

2. The facts set forth in this affidavit are based upon my personal observations, my training and experience, and information obtained from various law enforcement and public databases. This affidavit is intended to show merely that there is sufficient probable cause for the requested criminal complaint and arrest warrant and does not purport to set forth all my knowledge of or investigation into this matter. Unless specifically indicated otherwise, all conversations and statements described in this affidavit are related in substance and part only.

## II. BACKGROUND OF AFFIANT

3. I am a Special Agent ("SA") with Homeland Security Investigations ("HSI") and have been employed since May 2025. I am an investigative or law enforcement officer within the meaning of Title 18, United States Code, Section 2510(7), that is, an officer of the United States who is empowered by law to conduct investigations and to make arrests for offenses enumerated in Title 18, United States Code.

4. During my tenure as a Special Agent, I have completed approximately five months of instruction at the Federal Law

Enforcement Training Center in Glynco, Georgia, completing the Criminal Investigator Training Program, and HSI's add on training, Homeland Security Investigations Special Agent Training. I am currently assigned to Homeland Security Task Force – El Camino Real Cyber ("HSTF-ECR Cyber"), which is a cyber group that is responsible for investigating cybercrimes, cyber enabled crimes, and financial crimes related to illicit cryptocurrency and financial technology platforms.

## III. STATEMENT OF PROBABLE CAUSE

5. Department of Homeland Security ("DHS") records reveal that DAHAN was born on February XX, 1991, in Israel, and is a native and citizen of Israel, who entered the United States and is present in the United States as a Lawful Permanent Resident ("LPR"). LPRs are not United States citizens.

6. In August 2026, DHS HSI Los Angeles received investigative referrals provided by HSI Identity and Benefit Fraud Unit ("IBFU") with relevant information regarding alleged voter fraud or related identity-based fraud indicators. One of the referrals provided was for DAHAN with fraud indicators that DAHAN either registered to vote, has voted, or both.

7. During the HSI investigation of DAHAN, Special Agents ("SAs") conducted a number of record checks through law enforcement databases. A DHS database revealed a record under Alien Registration number XXXXX8180 in the name "DAHAN" with a date of birth of February XX, 1991, country of birth and citizenship as Israel. This record includes a photograph of

the person SAs recognize to be DAHAN. This recognition is based on a comparison to other law enforcement photographs of DAHAN. This record also lists additional identifying information for DAHAN to include a probable current physical address: XXX34 Eccles St, West Hills, CA 91304, a telephone number ending in -9810, an email of MORIADAHAN2@XXX.com, and date of birth of February XX, 1991.

8. DHS immigration documentation, specifically Form N-400 (Application for Naturalization) records for DAHAN, also lists her birth country and citizenship as Israel, and contains a Social Security number ending in -4268.

9. SAs also conducted record checks through the California Department of Motor Vehicles and confirmed that driver's license number XXXXX736 is associated with the name "DAHAN" and is associated with the address on XXX34 Eccles St, West Hills, CA 91304. The latest issue date of this record is 01/01/2026, and it contained a photograph which SAs believe depicts DAHAN based on SAs comparison to pictures of DAHAN. This record also shows a date of birth as February XX, 1991 and contains an image of DAHAN's signature.





10. During the HSI investigation of DAHAN, SAs subpoenaed the Los Angeles County Registrar's Office for Voter Registration Information for DAHAN associated with the address on XXX34 Eccles St, West Hills, CA 91304.

11. In September 2026, SAs received a certified voter registration application number 5XXXXX833, a voter registration receipt and a signature image from the Los Angeles County Registrar's Office, Office of County Counsel of Los Angeles. The voter registration name is listed as "DAHAN" and lists the same address on XXX34 Eccles St, West Hills, CA 91304.

12. Following a declaration under penalty of perjury warning, the voter registration application states "I am a U.S. citizen and am 18 years old or will be at least 18 years old on election day". The voter registration application is dated 11/05/2024.


**Voter Declaration:**

I declare under penalty of perjury that I reside at the address listed above; I have not previously voted in this election either by Vote By Mail ballot or at any vote center/polling location.

I am a U.S. citizen and will be at least 18 years old on Election Day. I am not currently serving a state or federal prison term for the conviction of a felony. I am not currently found mentally incompetent to vote by a court. I understand that it is a crime to intentionally provide incorrect information on this form. I declare under penalty of perjury under the laws of the State of California that the information on this form is true and correct.

X Voter Signs Here — Date

13. The voter application also provided the following for DAHAN:

a. Date of birth as 02/XX/1991
b. California ID number DL #XXXXX736
c. Place of birth as Israel
d. Phone number as XXX-XXX-9810
e. Email as MORIADAHAN2@XXX.com

14. The signature supplied by the voter and attached to voter application number 5XXXXX833 is in the name of "DAHAN".

15. The records from the Los Angeles County Registrar's

Office show that DAHAN voted in the general election in person on November 5, 2024.

16. Additionally, SAs have reviewed DHS records to determine whether DAHAN has ever sought or obtained U.S. citizenship. To become a naturalized U.S. citizen an applicant must file a Form N-400 and pay a $710 filing fee or seek a fee waiver. DHS records do show DAHAN is seeking naturalization and filed an N-400 application.

17. Under the application questions in Part 9 of the Form N-400 the first question of "Have you **EVER** claimed to be a U.S. citizen (in writing or any other way)?" the answer "No" is checked. The second question "Have you **EVER** registered to vote or voted in any Federal, state, or local election in the United States? If you lawfully voted only in a local election where aliens are eligible to vote, you may answer 'No.'" the answer "No" is checked.

**Part 9. Additional Information About You**

When a question includes the word "**EVER**," you must provide information about any of your actions or conduct that occurred **anywhere in the world** at any time, unless the question specifies otherwise. If you answer "Yes" to any of the questions in **Item Numbers 1. - 14.** in **Part 9. Item Numbers 1. - 14.**, provide explanations and any additional information in the space provided in **Part 14. Additional Information.**

**1.** Have you **EVER** claimed to be a U.S. citizen (in writing or any other way)? ☐ Yes ☒ No

**2.** Have you **EVER** registered to vote or voted in any Federal, state, or local election in the United States? If you lawfully voted only in a local election where aliens are eligible to vote, you may answer "No." ☐ Yes ☒ No

18. Following a declaration under penalty of perjury warning, the Form N-400 Naturalization application is dated 11/06/2025.

***Applicant's Certification and Signature***

I certify, under penalty of perjury, that I provided or authorized all of the responses and information contained in and submitted with my application, I read and understand or, if interpreted to me in a language in which I am fluent by the interpreter listed in **Part 12.**, understood, all of the responses and information contained in, and submitted with, my application, and that all of the responses and the information are complete, true, and correct. Furthermore, I authorize the release of any information from any and all of my records that USCIS may need to determine my eligibility for an immigration request and to other entities and persons where necessary for the administration and enforcement of U.S. immigration law.

**4.** Applicant's Signature (or signature of a legal guardian, surrogate, or designated representative, if applicable) | Date of Signature (mm/dd/yyyy)

19. The Form N-400 Naturalization application also provided the following for DAHAN:

a. Alien Number as A-XXXXX8180
b. Date of birth as 02/XX/1991
c. Place of birth as Israel
d. "SSN4" as -4268
e. Email as MORIADAHAN2@XXXXX.com

20. Moreover, the DHS records do not reflect the issuance of a Form N-550, a Certificate of Naturalization, which is an official document issued by U.S. Citizenship and Immigration Services to prove that a foreign national has officially become a U.S. citizen after completing the naturalization process and taking the Oath of Allegiance. Based on my background, training and experience, I know that if an individual became a naturalized citizen, DHS records associated with that individual would reflect the issuance of a Form N-550 (Certificate of Naturalization).

//

//

//

## IV. CONCLUSION

21. Based on the forgoing, I believe there is probable cause to believe that DAHAN knowingly and willfully falsely stated under oath that she was a United States Citizen in her voter registration application in order to register to vote, then subsequently lied about it in the naturalization application in violation of 18 U.S.C. § 1015(a).

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone on this 30th day of October 2026.

HONORABLE DANIEL S. ROBERTS
UNITED STATES MAGISTRATE JUDGE